IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-cr-00245 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(5) |
| | ) | 18 U.S.C. § 922(j) |
| ANTHONY VARGAS | ) | 18 U.S.C. § 924 |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about July 16, 2025, in the Middle District of Tennessee, the defendant, **ANTHONY VARGAS**, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith and Wesson, Model: SD9VE, 9mm pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about September 16, 2025, in the Middle District of Tennessee, the defendant, **ANTHONY VARGAS**, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, a firearm, to wit: a PTR INDUSTRIES INC, Model: PTR 9, Caliber: 9mm pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924.

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about September 16, 2025, in the Middle District of Tennessee, the defendant, **ANTHONY VARGAS**, knowingly possessed a stolen firearm, to wit: a PTR INDUSTRIES INC, Model: PTR 9, Caliber: 9mm pistol, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924.

A TRUE BILL

███████████████████
FOREPERSON

ROBERT E. McGUIRE
FIRST ASSISTANT UNITED STATES ATTORNEY

*/s/ Kathryn Risinger*
KATHRYN D. RISINGER
ASSISTANT UNITED STATES ATTORNEY